UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| YOLANDA JONES | CIVIL ACTION |
| VERSUS | NO. 06-3721 |
| SOCIAL SECURITY ADMINISTRATION | SECTION "I"(2) |

### ORDER

The court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly, IT IS ORDERED that defendant's motion for summary judgment is GRANTED and that plaintiff's complaint, to the extent it pertains to the August 27, 1999 final decision of the Commissioner, be and is hereby dismissed WITH PREJUDICE as time-barred.

IT IS FURTHER ORDERED that defendant's motion to dismiss for lack of subject matter jurisdiction is GRANTED and that plaintiff's complaint, to the extent it pertains to her September 2006 applications for Disability Income Benefits and Supplemental Security Income benefits, be and is hereby DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this ____17th____ day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE